United States Bankruptcy Court
Eastern District of Tennessee

In re:                                                                Case No. 10-12685-jcc
Thomas Eugene Cavitt                                                  Chapter 7
Deborah Faye Cavitt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0649-1          User: humblem              Page 1 of 4              Date Rcvd: Aug 16, 2013
                              Form ID: pdfbk             Total Noticed: 78

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
```
db/jdb     +Thomas Eugene Cavitt,    Deborah Faye Cavitt,    8927 Wings Way,    Hixson, TN 37343-1225
cr         +Bank of America, N.A., successor by merger to BAC,    2380 Performance Dr. Bldg C Mail Stop: R,
             Richardson, TX 75082-4333
cr         +CitiFinancial Auto Corporation,    c/o Victoria A. Ferraro,    Prochaska Thompson Quinn & Ferraro,
             401 Church Street, Suite 2600,    Nashville, TN 37219-2208
cr         +LENDMARK Financial Services,    5337 Ringgold Rd #A,    Chattanooga, TN 37412-3190
cr         +PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
cr         +Santander Consumer USA INC,    C/O The Hale Law Group PLLC,    88 Union Avenue Suite 700,
             Memphis, TN 38103-5128
cr         +eCast Settlement Corporation,    c/o Bass & Associates,    3936 E. Ft. Lowell Rd,    Suite 200,
             Tucson, AZ 85712-1083
10301227   +AT&T,    c/o Pinnacle Financial Group,    7825 Washington Avenue S, STE 310,
             Minneapolis, MN 55439-2424
10301222    Anesthesiologists Assoc PC,    2341 McCallie Ave, Ste. 402,    P.O. Box 3549,
             Chattanooga, TN 37404-0549
10301223   +Anesthesiologists Associated,    c/o Frost-Arnett Company,    9051 Executive Park Drive,
             Suite 604,    Knoxville, TN 37923-4633
8676063     Anesthesiology Consultants Exchange,    P.O. Box 11225,    Chattanooga, TN 37401-2225
10301225   +Associated Pathologists, LLC,    c/o Frost-Arnett Company,    9051 Executive Park Drive,
             Suite 604,    Knoxville, TN 37923-4633
8676064    +Associated Pathologists, PLC,    c/o Pathgroup,    5301 Virginia Way, Ste 300,
             Brentwood, TN 37027-7542
8676065    +Associates in Diagnostic Radiology PC,    P.O. Box 52690,    Knoxville, TN 37950-2690
8723748   ++++BAC HOME LOANS SERVICING, LP,    ATTN: BANKRUPTCY DEPARTMENT,    MAIL STOP SV-46,
             400 NATIONAL WAY,    SIMI VALLEY CA   93065-6414
            (address filed with court: BAC Home Loans Servicing, LP,    Attn: Bankruptcy Department,
             400 Countrywide Way,    Mail Stop SV-46,    Simi Valley, CA 93065)
8876079    +BAC Home Loans Serivicing, LP,    Bankruptcy Department,    Mail Stop TX2-982-03-03,
             7105 Coporate Drive,    Plano, TX 75024-4100
8676066     Bank of America Home Loans,    Customer Service,    P.O. Box 5170,    Simi Valley, CA 93062-5170
8676068     Best Buy Reward Zone,    P.O. Box 80045,    Salinas, CA 93912-0045
10301228  ++CHATTANOOGA EMERGENCY MEDICINE,    111 BULIFANTS BLVD,    STE B,    WILLIAMSBURG VA 23188-5711
            (address filed with court: Chattanooga Emergency Medicine,    P.O. Box 3475,
             Toledo, OH 46307-0475)
10002529   +Capital One Bank (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
10018321   +Capital One, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
9793668    +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
             Tucson, AZ 85712-1083
10301229   +Chattanooga Orthopaedic Group, PC,    2415 McCallie Avenue,    Chattanooga, TN 37404-3300
10301230   +Diagnostic Imaging Consultants,    601 Dodds Avenue,    Chattanooga, TN 37404-3900
10301231    Digital Imaging of North Georgia,    P.O. Box 371863,    Pittsburgh, PA 15250-7863
8886870     ERLANGER HEALTH SYSTEMS,    Revenue Recovery Corporation,    PO Box 2698,
             Knoxville, TN 37901-2698
8676072    +Emergency Physician, Inc.,    P.O. Box 13811,    Philadelphia, PA 19101-3811
8676062    +Equifax,    PO Box 740256,    Atlanta, GA 30374-0256
8676074     Erlanger,    P.O. Box 670,    Chattanooga, TN 37401-0670
10301232   +Erlanger Health Systems,    P.O. Box 670,    Chattanooga, TN 37401-0670
10301233    Erlanger Health Systems,    c/o Revenue Recovery Corp.,    P.O. Box 2698,
             Knoxville, TN 37901-2698
8676061    +Experian,    P.O. Box 2002,    Allen, TX 75013-2002
8676076    +Gutter Guardian/GE Money Bank,    c/o Encore Receivable Management Inc.,    400 N. Rogers Road,
             Olathe, KS 66062-1212
8746128    +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
8708277    +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
             Tucson, AZ 85712-1083
8676077    +Hamilton County EMS,    123 East 7th Street,    Chattanooga, TN 37402-1904
8676078     Home Depot Credit Services,    P.O. Box 653000,    Dallas, TX 75265-3000
8676080    +Home Design-Generic/GEMB,    c/o Encore Receivable Management Inc.,    400 N. Rogers Road,
             Olathe, KS 66062-1212
8676082    +Household Bank,    Inquiries,    PO Box 80084,    Salinas, CA 93912-0084
8676059    +IRS,    c/o U.S. Attorney,    1110 Market Street, Ste. 301,    Chattanooga, TN 37402-2890
8676084     Juniper Card Services,    P.O. Box 13337,    Philadelphia, PA 19101-3337
8676085    +Lendmark Financial Services,    5337 Ringgold Road, Ste. A,    East Ridge, TN 37412-3190
10301235   +Lookout Medical Services,    4295 Cromwell Rd,    Suite 104,    Chattanooga, TN 37421-2167
10301236   +Memorial Health System,    Patient Financial Services,    1643 Lewis Avenue, Suite 203,
             Billings, MT 59102-4151
8676088     Memorial Health Care Systems,    c/o Revenue Recovery Corp.,    P.O. Box 2698,
             Knoxville, TN 37901-2698
10301237    Memorial Hospital,    c/o PFS Group,    7670 Woodway Drive, Suite 250,    Houston, TX 77063-1519
10301238    Memorial Hospital Outreach Lab,    c/o Revenue Recovery Corp.,    P.O. Box 2698,
             Knoxville, TN 37901-2698
10301240   +Memorial Mission Surgery Center,    P.O. Box 23785,    Chattanooga, TN 37422-3785
```

```
District/off: 0649-1          User: humblem                Page 2 of 4                  Date Rcvd: Aug 16, 2013
                              Form ID: pdfbk               Total Noticed: 78


10301239      +Memorial Mission Surgery Center,    c/o Frost-Arnett Company,    9051 Executive Park Drive,
                Suite 604,    Knoxville, TN 37923-4633
10301241      +Memorial Outreach Lab,    c/o Mountain Management Services,    5600 Brainerd Road, Ste 500,
                Chattanooga, TN 37411-5371
9424754      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541)
10160241      +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
8727187       +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    POB 41067,
                Norfolk VA 23541-1067
8676089        Parkridge Med. Ctr. Inc.,    DBA Parkridge East Hospital,    P.O. Box 290429,
                Nashville, TN 37229-0429
8676090       +Physician Services at Erlanger,    P.O. Box 11589,    Chattanooga, TN 37401-2589
10301243       Physicians Services at Erlanger,    c/o Revenue Recovery Corp.,    P.O. Box 2698,
                Knoxville, TN 37901-2698
8707750       +SE EMERGENCY PHYSICIANS,    by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
8676091        SE Emergency Physicians,    c/o Alcoa Billing Center,    3429 Regal Drive,    Alcoa, TN 37701-3265
8676092        Specialized Oxygen Services,    P.O. Box 965,    Hixson, TN 37343-0965
8676093       +The Furniture Row Express Money Card,    Retail Services,    P.O. Box 15221,
                Wilmington, DE 19850-5221
8676060        TransUnion Corporation,    P.O. Box 2000,    Crum Lynne, PA 19022-2002
10159953      +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                Tucson, AZ 85712-1083
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 20:10:25      Internal Revenue Service,
                P. O. Box 21126,    Philadelphia,, PA 19114
cr            +E-mail/Text: EBR@KKFLAWFIRM.COM Aug 16 2013 20:24:40
                Chattanooga-Hamilton County Hospital Authority d/b,    P. O. Box 1150,
                Chattanooga, TN 37401-1150
8852321        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 16 2013 20:22:06
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
8676081        E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 16 2013 20:22:06      Honda Financial Services,
                P.O. Box 1844,    Alpharetta, GA 30023-1844
8812983       +E-mail/Text: bncmail@w-legal.com Aug 16 2013 20:24:12     CANDICA L.L.C.,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
9597506       +E-mail/Text: EBR@KKFLAWFIRM.COM Aug 16 2013 20:24:40
                Chattanooga-Hamilton County Hospital Authority,    d/b/a Erlanger Health System,
                George E. Koontz, Creditor #KKFERL,    320 N. Holtzclaw Avenue,    Chattanooga, TN 37404-2305
8676071       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 20:18:00      Dick’s Sporting Goods,
                Attn: Bankruptcy Department,    P.O. Box 103106,    Roswell, GA 30076-9106
8676073       +E-mail/Text: EBR@KKFLAWFIRM.COM Aug 16 2013 20:24:40      Erlanger,    975 E. Third Street,
                Chattanooga, TN 37403-2163
8676075        E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 20:15:45      GE Money Bank,
                Attn: Bankruptcy Department,    P.O. Box 960061,    Orlando, FL 32896-0661
10301234       E-mail/Text: cmcdaniel@hcrcvgrp.com Aug 16 2013 20:23:59      Healthcare Receivables Group,
                P.O. Box 10168,    Knoxville, TN 37939-0168
8676079       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 20:18:01      Home Design-Generic/GEMB,
                Attn: Bankruptcy Department,    P.O. Box 103106,    Roswell, GA 30076-9106
8676058        E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 20:10:25      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
8676083        E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 20:28:19      JC Penney,    Attn: Bankruptcy Dept,
                PO Box 103126,    Roswell, GA 30076-9126
8676086       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 20:15:44      Lenscrafters/GE Money Bank,
                Attn: Bankruptcy Department,    P.O. Box 103106,    Roswell, GA 30076-9106
8676087       +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2013 20:29:50      Lowe’s - GE Money Bank,
                Attn: Bankruptcy Department,    P.O. Box 103104,    Roswell, GA 30076-9104
10106162      +E-mail/Text: bncmail@w-legal.com Aug 16 2013 20:25:19     Vanda, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          ++++BAC HOME LOANS SERVICING, LP,    ATTN: BANKRUPTCY DEPARTMENT,    MAIL STOP SV-46,
                400 NATIONAL WAY,    SIMI VALLEY CA 93065-6414
               (address filed with court:   BAC Home Loans Servicing, LP,    Attn: Bankruptcy Department,
                400 Countrywide Way,    Mail Stop SV-46,    Simi Valley, CA   93065)
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
cr*           +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
                Tucson, AZ 85712-1083
cr*          ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC.,    POB  41067,
                Norfolk, VA  23541)
cr*           +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*           +Vanda, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                Seattle, WA 98121-3132
10301224*      Anesthesiology Consultants Exchange,    P.O. Box 11225,    Chattanooga, TN 37401-2225
```

```
District/off: 0649-1              User: humblem             Page 3 of 4                Date Rcvd: Aug 16, 2013
                                  Form ID: pdfbk            Total Noticed: 78

              ***** BYPASSED RECIPIENTS (continued) *****
10301226*     +Associated Pathologists, PLC,   c/o Pathgroup,    5301 Virginia Way, Ste 300,
                Brentwood, TN 37027-7542
8683153*      +CITIFINANCIAL AUTO CORPORATION,    P.O. BOX 9578,    COPPELL TX 75019-9513
9795361*      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083
9672545*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    POB 41067,    NORFOLK, VA 23541)
10301242*     +Physician Services at Erlanger,    P.O. Box 11589,    Chattanooga, TN 37401-2589
8676067      ##+Best Buy,   Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
8676070      ##+Citifinancial Auto,    P.O. Box 9575,    Coppell, TX 75019-9509
8676069      ##+Citifinancial Auto,    P.O. Box 9578,    Coppell, TX 75019-9513
                                                                                        TOTALS: 0, * 12, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0649-1           User: humblem                 Page 4 of 4                  Date Rcvd: Aug 16, 2013
                               Form ID: pdfbk                Total Noticed: 78
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2013 at the address(es) listed below:

```
              Aaron J. Nash     on behalf of Creditor    Santander Consumer USA INC anash@evanspetree.com,
               sbruce@evanspetree.com
              Gary E Lester     on behalf of Creditor    LENDMARK Financial Services gelecf@epbfi.com,
               gelecf@epbfi.com
              James H. Payne    on behalf of Creditor    Chattanooga-Hamilton County Hospital Authority d/b/a
               Erlanger Health System jhp@smrw.com
              Kenneth C. Rannick    on behalf of Debtor Thomas Eugene Cavitt Rannick@bankruptcychattanooga.com
              Kenneth C. Rannick    on behalf of Joint Debtor Deborah Faye Cavitt
               Rannick@bankruptcychattanooga.com
              Kimberly C. Hedrick    on behalf of Creditor    BAC Home Loans Servicing, LP
               khedrick@wilson-assoc.com,    emixon@wilson-assoc.com;rbryan@wilson-assoc.com
              Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              United States Trustee     Ustpregion08.cn.ecf@usdoj.gov
              Victoria A. Ferraro    on behalf of Creditor    CitiFinancial Auto Corporation ecfeast@wp-pc.com
              William M. Foster     tn41@ecfcbis.com,   trustee@ffadlaw.com;wfoster@ffadlaw.com;court@ffadlaw.com
                                                                                             TOTAL: 11
```

**SO ORDERED.**
**SIGNED this 15th day of August, 2013**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

John C. Cook
UNITED STATES BANKRUPTCY JUDGE

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF TENNESSEE

In re:  THOMAS EUGENE CAVITT          *          Case No. 10-12685
        DEBORAH FAYE CAVITT           *
              Debtor(s)               *          Chapter 13

### ORDER

The debtor having filed on August 15, 2013, a notice (or motion) pursuant to 11 U.S.C.§ 1307(a) converting this case from chapter 13 to chapter 7, the court directs the following:

1. In accordance with Federal Rule of Bankruptcy Procedure 1017(f)(3), this case is deemed converted as of the date of the filing of the notice.

2. Any wage order previously entered by the court is vacated, and each employer or other entity shall cease withholding income for payment to the trustee.

3. As required by Fed. R. Bankr. P. 1019(5), within 14 days of the date of this order, the debtor must file:

   (a) a schedule of unpaid debts incurred after the filing of the petition, including the name and address of each claim holder;

   (b) a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition;

   (c) if unpaid debts were incurred or executory contracts or unexpired leases entered into postpetition, a supplemental master address list of creditors in the form required by E.D. Tenn. LBR 1009-1; and

    (d) such other amendments to the schedules, statements, and lists as are necessary to reflect any material additions, deletions, or other changes in the assets or liabilities of the debtor that have occurred since the filing of the petition.

    4. If required by 11 U.S.C. § 521(a)(2)(A), the debtor must file within 30 days of the date of this order a statement of intention conforming to Official Form 8 with respect to the retention or surrender of property of the estate securing consumer debts.

    5. Within 30 days from entry of this order, the chapter 13 trustee must:

    (a) turn over to the chapter 7 trustee all records and property of the estate under his custody and control, except plan payments, as required by Fed. R. Bankr. P. 1019(5);

    (b) pay any unpaid claim allowed under 11 U.S.C. § 503(b), including the filing fees, to the clerk of the court, and distribute any remaining plan payments in accordance with the chapter 13 plan unless the plan was not confirmed prior to conversion in which event the trustee must return the remaining plan payments to the debtor; and

    (c) file a final report and account, except that the filing of the final report may be delayed until either all checks mailed to creditors by the chapter 13 trustee in this case have cleared the bank or 120 days of the entry of this order, whichever first occurs.

APPROVED FOR ENTRY:

KENNETH C. RANNICK, P.C.

/s/ Kenneth C. Rannick
Kenneth C. Rannick, #11106
LuAnn M. Whaley, #023085
4416 Brainerd Road
Chattanooga, TN  37411
423/624-4002 telephone
423/624-0509 facsimile
rannick@lawyerchattanooga.com e-mail

                      ###