B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Tennessee

In re: **Thomas Eugene Cavitt / Deborah Faye Cavitt**, Debtor(s)

Case No. **1:10-bk-12685**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** American Honda Finance Corp.

**Describe Property Securing Debt:** 2006 Honda Motorcycle

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ☒ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:** BAC Home Loan Svc. LP

**Describe Property Securing Debt:** Residence located at 8927 Wings Way, Hixson, TN 37343

Property will be (check one):
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain **retain and pay** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt
- ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                               Page 2

Property No. 3

| **Creditor's Name:**<br>**Citifinancial Auto** | **Describe Property Securing Debt:**<br>**2007 Hyundai Santa Fe** |
|---|---|

Property will be (check one):
    ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                      ■ Not claimed as exempt

Property No. 4

| **Creditor's Name:**<br>**Citifinancial Auto** | **Describe Property Securing Debt:**<br>**2001 Mercury Cougar** |
|---|---|

Property will be (check one):
    ■ Surrendered                          ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                      ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                              Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Lendmark Financial Services** | **Describe Property Securing Debt:**<br>**2002 Chevrolet Silverado 1500** |

Property will be (check one):
    ☐ Surrendered                 ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ■ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐ Claimed as Exempt                 ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **August 19, 2013**        Signature **/s/ Thomas Eugene Cavitt**
                                                        **Thomas Eugene Cavitt**
                                                        Debtor

Date **August 19, 2013**        Signature **/s/ Deborah Faye Cavitt**
                                                          **Deborah Faye Cavitt**
                                                        Joint Debtor