# United States Bankruptcy Court
### Eastern District of Tennessee

In re: **Thomas Eugene Cavitt / Deborah Faye Cavitt**, Debtor(s)

Case No. **1:10-bk-12685**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 1,850.00 |
   | Prior to the filing of this statement I have received | $ 0.00 |
   | Balance Due | $ 1,850.00 |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of scheduled reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, as initially scheduled.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation in any Court action filed in conjunction with Client's petition including but not limited to Adversary proceedings such as Complaints, discharge or dischargability matters, Motions to Dismiss or Lift Stay, and modification of petitions or plans, or proceedings other than the first Meeting of Creditors and a Confirmation Hearing if applicable, or Discharge Hearing if applicable, nor does the above-referenced retainer consider Amendments, Conversions, passed hearings or meetings, sale or disposition of property, lien avoidances, incurring indebtedness, adequate protection issues, exemption litigation, child support matters, or other work to be done which is brought about by the actions or request of the Client, Trustee, creditor, or Court.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 19, 2013**

/s/ Kenneth C. Rannick,
Kenneth C. Rannick, #11106
KENNETH C. RANNICK
4416 Brainerd Road
Chattanooga, TN 37411
(423)624-4002